IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION (1)

MALIBU MEDIA, LLC,

    Plaintiff,

v.                                                              Civil Action No. 1:13-cv-00896-RJJ

JOHN DOE, subscriber assigned IP address
97.92.121.45,

    Defendant.
_____/

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
## WITHOUT PREJUDICE OF JOHN DOE

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntarily dismisses John Doe ("Defendant") from this action <u>without prejudice</u>. John Doe was assigned the IP Address 97.92.121.45. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: October 17, 2013

                                          Respectfully submitted,

                                          By:   /s/ *Paul J. Nicoletti*
                                          Paul J. Nicoletti
                                          pauljnicoletti@gmail.com
                                          LAW OFFICE OF NICOLETTI &
                                          ASSOCIATES, PLLC
                                          36880 Woodward Avenue, Suite 100
                                          Bloomfield Hills, Michigan 48304
                                          Phone: (248) 203-7800
                                          *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ *Paul J. Nicoletti*
Paul J. Nicoletti

## CERTIFICATE OF COMPLIANCE

Pursuant to MI R USDCTED LR 5.1(a), I hereby certify that the PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF JOHN DOE has been prepared using one of the font and point selections approved by the Court in MI R USDCTED LR 5.1(a)(3). This document was prepared using Times New Roman (12 pt.).

This 17th day of October, 2013.

/s/ *Paul J. Nicoletti*
Paul J. Nicoletti